| | |
|---|---|
| **Full Name** | FILED - CLERK |
| Dale Mitchell Lemoine | U.S. DISTRICT COURT |
| **Committed Name (if different)** | 2003 OCT -1 PM 2: 23 |
| Same | TX EASTERN-BEAUMONT |
| **Full Address Including Name of Institution** | |
| United States Penitentiary, Unit E/B | BY_____ |
| P.O. Box 26030 Beaumont; Texas 77720 | |
| **Prison Number (if applicable)** 00-834-111 | |

## UNITED STATES DISTRICT COURT

|  |  |
|---|---|
| | Case No. CV  1:03CV1015 |
| | (To be supplied by the Clerk) |
| **Plaintiff,** Dale M. Lemoine | **CIVIL RIGHTS COMPLAINT PURSUANT TO** (check one) |
| | ☒ 42 U.S.C. § 1983. |
| | or |
| vs.  University Of Texas Medical Branch Hospital (UTMB) Defendants(s). | ☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971) |

## A. PREVIOUS LAWSUITS

1) Have you brought any other lawsuits in a federal court while a prisoner:   ☐ Yes   ☒ No

2) If your answer to A is yes, how many? _____ Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

a. Parties to this previous lawsuit:

Plaintiff _____

_____

Defendants_____

_____

b. Court

_____

c. Docket or case number_____

d. Name of judge to whom case was assigned _____

e. Disposition (For example: Was the case dismissed?  If so, what was the basis for dismissal?  Was it appealed?  Is it still pending?)

_____

f. Issues raised: _____

_____

_____

g. Approximate date of filing lawsuit_____

h. Approximate date of disposition _____

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1) Is there a grievance procedure available at the institution where the events relating to your current complaint occurred?

☒ Yes   ☐ No

2) Have you filed a grievance concerning the facts relating to your current complaint?

☒ Yes ☐ No

If your answer is no, explain why not _____

_____

_____

3) Is the grievance procedure completed?

☐ Yes ☒ No

Page 2 of 6

If your answer is no, explain why not ___BP11 to be filed in September and___

___Tort Claim not due until___ Jan. 23 of 2004 _____

4) Please attach copies of papers related to the grievance procedure.

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff ___Dale M. Lemoine___

(print plaintiff's name)

who presently resides at ___USP Unit E/B P.O. Box 26030 Beaumont, Tex. 77720___, were violated

(mailing address or place of confinement)

by the actions of the defendant(s) named below, which actions were directed against plaintiff at _____

University of Texas Medical Branch Hospital

701 Haborside  Galveston, Texas

(institution/city where violation occurred)

on (date or dates) Jan. 28 TO Feb.17 ,2003 _____

(Claim I)                    (Claim II)                    (Claim III)

(You need not name more than <u>one</u> defendant or allege more than one claim; however, make a copy of this page to provide
the information below if you are naming <u>more</u> than five (5) defendants.)

1) Defendant ___University of Texas Medical Branch Hospital___ resides or works a

(full name of first defendant)

___701 Harborside Galveston, Texas 77555___, and is employed as

(full address of first defendant)

___Hospital___

(defendant's position and title, if any)

The defendant is sued in his/her:   ☐ individual   ☒ official capacity.  (Check one or both).

Explain how this defendant was acting under color of law:

Negligent Medical Procedures and Operations

_____

2) Defendant _____ resides or works

(full name of second defendant)

_____, and is employed as
(full address of second defendant)

_____.
(defendant's position and title, if any)

The defendant is sued in his/her:   ☐ individual   ☐ official capacity.  (Check one or both).

Explain how this defendant was acting under color of law:

_____

_____

3)   Defendant _____ resides or works at
(full name of third defendant)

_____, and is employed as
(full address of third defendant)

_____.
(defendant's position and title, if any)

The defendant is sued in his/her:   ☐ individual   ☐ official capacity.  (Check one or both).

Explain how this defendant was acting under color of law:

_____

_____

4)   Defendant _____ resides or works at
(full name of fourth defendant)

_____, and is employed as
(full address of fourth defendant)

_____.
(defendant's position and title, if any)

The defendant is sued in his/her:   ☐ individual   ☐ official capacity.  (Check one or both).

Explain how this defendant was acting under color of law:

_____

_____

'V-66 (11/96)                                                Civil Rights Form

5) Defendant _____ resides or works at
(full name of fifth defendant)

_____, and is employed as
(full address of fifth defendant)

_____
(defendant's position and title, if any)

The defendant is sued in his/her:   ☐ individual   ☐ official capacity.   (Check one or both).

Explain how this defendant was acting under color of law:

_____

_____

## E. CLAIMS*

## CLAIM I

The following civil right has been violated:

Fifth Amendment   (Life Liberty and property)

Eigth Amendment   (Cruel and Unusual Punishment)

_____

_____

_____

_____

_____

Supporting Facts:   [Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right].

(1)   Deposition          (2) Adminstrative Remedy

(3)   Negligent Prison Medical Procedures in SHU
(As overall supporting evidence)

* If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.

Page 5 of 6

I have only one defendant UTMB. I recieved scandelous medical treatment between Jan. 28th and Feb. 17th that could have resulted in death and did result in many facial injuries, that are permanent. I sumit the three items stated above as supporting evidence.

## F.  REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief:

Seven Million Dollars in Damages

(Signature of Plaintiff)

9-14-2003
(Date)

COP-OUT

TO; UNIT COUNSELOR FRANCIE                          3/24/

SUBJECT, I INTEND TO SUE BOP FMC HOSPITAL
IN GALVISTON TX. FOR THE BAD MEDICAL
TREATMENT I RECIEVED THERE.
I NEED THIS COP-OUT BACK, SIGNED
PLEASE TO SHOW THAT I CONTACTED
YOU!

FROM; LEMOINE D. 00834/11                          N.B

                                                  SHU C-21

Noted, no remedy requested
of staff
                                        4/9/03

TO; UNIT MANAGER                                    3/24/03

SUBJECT; I WANTED TO THE BOP TSMG HOSPITAL IN HOUSTON TX, FOR THE BAD MEDICAL TREATMENT I RECIEVED THERE. I NEED THIS COP-OUT BACK SIGNED PLEASE TO SHOW THAT I CONTACTED YOU.

FROM; LEMONT D. OSBAHN

SHV-C-21

Noted, however you Refused Medical treatment.

Micken

BMX 1330.13C          **August 6, 1998**          Attachment A

## DOCUMENTATION OF INFORMAL RESOLUTION ATTEMPT

Bureau of Prisons Program Statement No. 1330.13, <u>Administrative Remedy Program</u>, (December 22, 1995), requires, in most cases, that inmates attempt informal resolution of grievances prior to filing a formal written complaint. This form shall be used to document your efforts towards informally resolving your grievance.

Inmate Name: _LEMOINE DALE_   Reg. No.: _0083411_   Unit: _N B_

Specific Complaint and Requested Relief: _I INTEND TO SUE BOP_
_ISOB IN GALVESTON TX. FOR THE TERRIBLE_
_MEDICAL TREATMENT I RECIEVED WHILE BEING_
_TREATED THERE._

Efforts Made By Inmate To Informally Resolve Grievance (be specific): _____
_THIS IS A FORMAL COMPLAINT. I WROTE COP-OUTS_
_ASKING COUNCELOR, UNIT MANAGER + CASE MANAGER_
_IF THERE WAS ANYTHING THEY CAN DO TO REMEDY THIS._
_I NEED MY COP OUT SIGNED BACK FROM MSS. SACKETT._
Counselor's Comments: _We are aware of your complaint,_
_but lack any specific areas._

F.FRANDLE _____ 4/0/03   M.MCGEHEE _M.M'Gehe_ 4-22-03
**Correctional Counselor's Review / Date**   **Unit Manager's Review / Date**

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball–point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: ___Lemoine Dale M.___  ___008-34-111___  ___FA___  ___Beaumont___
    **LAST NAME, FIRST, MIDDLE INITIAL**    **REG. NO.**    **UNIT**    **INSTITUTION**

**Part A– INMATE REQUEST**

All I request in this BP-9 is written acknoledgement from Miss. Sackett or higher athority that I informed her I planned to sue for negligent medical on 5-21-03. I wrote a BP-8 to Miss. Sackett asking asking for her acknowledgement that I planned to sue UTMB or BOP whoever is responsible for negligent medical treatment. I have asked my counselor for it every fri. or sat since it was due, when he comes to my cell ... "". Today 7-5-03 he told me to file a BP9( Counselor Frankle said Miss. Sackett refused to sign my BP-8. The BP-8 stated that I gave her two copouts starting Feb. 24 informing her I planned to sue. It stated on 5-19-03 at my cell door in FA, she told me she didnt have to respond to my cop-outs and to write a BP-8. I did one and still I could not get a responce from her.

7-14-03  XXXXXXX
  **DATE**        **SIGNATURE OF REQUESTER**

**Part B– RESPONSE**

_____
  **DATE**        **WARDEN OR REGIONAL DIRECTOR**

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**THIRD COPY: RETURN TO INMATE**    CASE NUMBER: _____

CASE NUMBER: _____

**Part C– RECEIPT**

Return to: _____
  **LAST NAME, FIRST, MIDDLE INITIAL**  **REG. NO.**  **UNIT**  **INSTITUTION**

SUBJECT: _____

_____    _____
  **DATE**      **RECIPIENT'S SIGNATURE (STAFF MEMBER)**

BP-229(13)
APRIL 1982

USP LVN

**FEDERAL CORRECTIONAL COMPLEX (FCC) BEAUMONT, TEXAS**
**UNITED STATES PENITENTIARY (USP)**
**PART B – RESPONSE TO REQUEST FOR ADMINISTRATIVE REMEDY #300114-F1**

This responds to your Request for Administrative Remedy dated April 29, 2003, wherein you state you intend to sue TSMB medical building or BOP for negligent medical treatment received.

The University of Texas Medical Branch (UTMB) provides the medical care at FCC Beaumont under a managed health care contract.  An investigation of your complaint was conducted with UTMB staff.  Your record reflects that you were transported to  Hospital Galveston in March 2003, for treatment of a facial fracture.  You refused any further treatment on March 7, 2003, therefore you were transported back to the USP.  Upon evaluation by the Nurse Practitioner, on April 10, 2003, you refused to acknowledge that you had suffered a facial fracture.  You continued to refuse additional treatment, yet continued to complain of numbness and swelling to your face.   Refusal of treatment can hardly be considered negligent or scandalous on the part of UTMB or the Bureau Of  Prisons.

Based on the above information,  your Request for Administrative Remedy is for informational purposes only.

If you are not satisfied with this decision, you may appeal to the Regional Director at the Bureau of Prisons, South Central Region, 4211 Cedar Springs Road, Suite 300, Dallas, Texas 75219. Your appeal must be received in the South Central Regional Office within 20 calendar days of the date of this response.

_____6-16-03_____
Date

_P. Miles_____
R. D. Miles, Warden

_____
Constance Reese, Warden

EXTENSION OF TIME FOR RESPONSE - ADMINISTRATIVE REMEDY



DATE: JULY 18, 2003


FROM: ADMINISTRATIVE REMEDY COORDINATOR
      SOUTH CENTRAL REGIONAL OFFICE

TO  : DALE MITCHELL LEMOINE, 00834-111
      BEAUMONT USP    UNT: E/B    QTR: F01-118U


ADDITIONAL TIME IS NEEDED TO RESPOND TO THE REGIONAL APPEAL
IDENTIFIED BELOW.  WE ARE EXTENDING THE TIME FOR RESPONSE AS PROVIDED
FOR IN THE ADMINISTRATIVE REMEDY PROGRAM STATEMENT.


REMEDY ID       : 300114-R1
DATE RECEIVED   : JULY 3, 2003
RESPONSE DUE    : SEPTEMBER 1, 2003
SUBJECT 1       : MEDICAL CARE - IMPROPER OR INADEQUATE
SUBJECT 2       :
INCIDENT RPT NO:

DALE MITCHELL LEMOINE, 00834-111
BEAUMONT USP     UNT: E/B     QTR: F01-115L
P. O. BOX 26035
BEAUMONT,  TX 77720

RECEIVED

SEP 0 3 2003

Associate Warden's Office
USP Beaumont, TX

U.S. Department of Justice

Federal Bureau of Prisons

**Regional Administrative Remedy Appeal**

Type or use ball-point pen.  If attachments are needed, submit four copies.  One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: ___Lemoine Dale M.___ ___008-34-111___ ___ED___ ___Beaumont___
          LAST NAME, FIRST, MIDDLE INITIAL          REG. NO.          UNIT          INSTITUTION

## Part A - REASON FOR APPEAL

I am writing this BP.10 informing you that I plan to sue TSMB or BOP whoever is responsible for the negligent medical treatment I recieved at Galviston hospital in accordance with BOP policy. I am appealing because the responce to my BP.9 is incorrect. The responce states the wrong time period that I plan to sue for bad medical treatment so it is incorrect in its context also. I am going to sue for the medical treatment I recieved between Jan.28 and Feb.17 at Galviston hospital,not for medical treatment March 7 and after. The BP.9 responce is also incorrect as the only times I refused medical treatment was when I refused a second operation the day after the first and again the same on march sevsnth and that is all. The nurse told me April 10 that I had refused all medical treatment and my responce was that I told the nurse that my medical treatment was not right **as**I couldnt get what I needed for my injuries and that if I had no medical treatment at all it wouldnt be much worse. I just refused a second operation. This saying that I refused all medical treatment is not right.

DATE  6-29-03                                    SIGNATURE OF REQUESTER

## Part B - RESPONSE

DATE                                                       REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

SECOND COPY: RETURN TO INMATE                     CASE NUMBER: _30C114-1.1_

## Part C - RECEIPT

CASE NUMBER: _____

Return to: _____
          LAST NAME, FIRST, MIDDLE INITIAL          REG. NO.          UNIT          INSTITUTION

SUBJECT: _____

DATE                              SIGNATURE, RECIPIENT OF REGIONAL APPEAL

LEMOINE, Dale          REG. NO. 00834-111          FILED: 07-03-03

300114-R1          PART B-RESPONSE

You are appealing the Warden's response to your complaint in which you state you plan to file a lawsuit against "TSMB medical building or BOP" for negligent medical treatment.  Specifically, you state you did not refuse all medical treatment in regards to your medical condition.

Health care at the Federal Correctional Complex in Beaumont, Texas is provided by the University of Texas Medical Branch (UTMB) under a managed health care contract.

A review of your medical record was conducted.  The documentation in your medical record reveals, on two separate occasions, you refused medical treatment at both the Galveston Hospital and the institution.  Although this documentation supports the fact you refused treatment, you could have received treatment at any time. Your record does not indicate you made any attempt to obtain further medical treatment.

Your appeal is denied.

In the event you are not satisfied with this response, you may appeal to the Bureau of Prisons, Administrative Remedy Section, 320 First Street, N.W., Washington, D.C. 20534.  Your appeal must be received in that office within 30 days from the date of this response.

_____8/23/03_____          _____
Date                           Donald G. Thompson
                               Regional Director

**SENSTIVE-LIMITED OFFICIAL USE**

Deposition   Medical Treatment   UTMB Hospital Galveston

OF

Dale M. Lemoine     From;   January 28 To Febuary 17, 2003

July 21, 2003

I had a instant fight that lasted about two minutes with a big mouth negro that was talking bad about the white race. I lost a pint of blood in the TV room. The injuries I recieved here were two black eyes, a totally busted top lip and bottom, two front teeth knocked in and the doctors said a busted palate to start with.

I sat in medical from 9:30AM till 4:30PM and bleed all day. I bleed two sheets and three towels for maybe a total of two or three pints of blood. A nurse could have disinfected and stitched my lips in about fifteen minutes and I wouldnt have bleed all day. There is always a lot of medical staff in medical. In medical I was given only one tylanol four for pain with codine. I am sometimes allergic to codine. The ambulance then came and took me to Galveston. I arrived at the hospital around 7:00PM at night with only another tylanol four for pain and no shot, so I was in much pain. It took two hours to get there and that I personally think is to long with waiting all day to transport a medical emergancy to a hospital. That is over ten hours with no treatment,

plexi-glass and officers and nurses were always screaming loudly
back and forth in the hallway to each other. Most of them were
black. The bathroom had only a small curtain for privacy which
was to short and the officers the first few days harrassed me
many times by screaming through the glass saying close the curtain
even thou my back was to them where nothing could be seen. To be
screamed at constantly when I was very sick made me feel very bad.
It was like they thought they needed the privacy and I didnt need
any, but a little flemzy curtain. I was always being told to put
my shirt on as the nurses might be offended, but then the room was
always very hot to me. When I asked for a clothes change they
never had my size and I had to wear my old clothes again until
they got them.

It is my personal opinion and every one is entitled to one
that I didnt need the operation in the first place. The reason is
I have had these exact same injuries in the past when I got in a
bar fight. Having these exact same injuries two black eyes, two
busted lips, and two front teeth bent in I went to a medical clinic
in the bay area. I cannot remember the address and was cured in ten
days for a cost of three hundred dollars. They stiched my lips
with novacane and at the same time using novacane on my front teeth
they strightened them and pushed them back in. The only other thing
they did to my teeth was take a small needle to each of my bent
teeth and drew a little blood so an absess didnt get started by a
excess pocket of blood at the injured tooth. The next day twenty-
four hours later they again drew blood from the root to make sure
no absess would start. When you have an excess blood pocket the
the white blood dell die fighting bacteria forming a puss pocket
or infection so you loose your tooth. Thats all it took and my two
front teeth were fixed. They then used a warm towel and a foam to
take most of the swelling out. They strightened my nose and put a
plastic splint on it.

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
| --- | --- |
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |

1-3-03   1930 Chart to MD to eval DC endo/lipid
CCC ∅ pt's refusal for tx-flurry LVN  **P. FLURRY, LVN**

1/6/03   Admin. Note: ① d/t refusal to take
0950   Meds - D/C CCC endo ② d/t ∅
LFTs, D/C CCC ID ③ Yearly
LFTs 05∿08
_(signature)_  **DR. RHODES**

1/6/03   1220 noted Chart to myers
for score.  _(signature)_  **T. RESENDEZ, LVN**

1-7-03   0140   29° dot chd —— M.K. LVN  **M. ARY, LVN**

1/28/03   S. Hit in face multiple times today
0940   - Complains to face   8-9/10

O. Bleeding from nose & mouth -
front teeth loose, nose obviously
deformed, ® eye swollen shut ® eye
ecchymosis - Dental, walks w/
assistance - noticeable breathing thru
mouth - XRs orbit/nasal bones →
Fx palate w/ angulation, possible Fx floor
® orbit, multiple Fxs nasal bone, panoramic
- Fx palate into sinus ⊘, seen by Dr Questa - dentist

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
| --- | --- | --- | --- |
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)*

LEMOINE
DALE

00834-111

DOB 05/20/55
FCC BEAUMONT - USP

USP BEAUMONT
PO BOX 26035
BEAUMONT, TX 77720

| REGISTER NO. | WARD NO. |
| --- | --- |

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

| DATE | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
|------|---|
| 1/28/03 0740 (cont) | O. agrees w/ findings |
| | (A.) Palate Fx |
| | (2) orbital Fx? |
| | nasal bone Fx |
| | Contusion OD |
| | Laceration (D) lip area - corner |
| | (P.)(1) Maiden UR tngr by TDC ambulance to UTMB ER present # 437829 |
| | (2) IV LR @ 100cc/hr continuous × 1 liter |
| | (3) O₂ via mask per - in route - |
| | (4) Tylenol #3 ī po now - repeat just before leaving USP |
| | (5) Ice pack |
| | (6) FM aware of above |
| 1-28-03 | noted - O.Tomplait RN    S. TOMPLAIT, RN |
| 1-28-03 1145 | TDC ambulance notified ETA is 1415 Lt. Rayburn notified - O.Tomplait RN    S. TOMPLAIT, RN |
| 1-28-03 1200 | T 97° P 88 R 20 BP 160/88. IV 1000cc RL ↑ ī 18g cath att(L)- (D) FA- rate KVO    O.Tomplait RN    S. TOMPLAIT, RN |
| 1-28-03 | 1430. To UTMB ED per TDC amb.    O.Tomplait RN |

Address: _____

☐ IN ADDITION TO WRITTEN CR  PLEASE CALL EXT/ BEEPER BELOW

TO: PHYSICIAN OR SERVIC

Reason for Requesting Consultation - This request is: ☐ URGENT ☐ ROUTINE

Signature:
(Physician) _____ Ext# _____ Beeper: _____ Date: _____ Time: _____

REPORT: CT face: (B) zar c Fx's, (R) lateral and inferior
orbital rim Fx's. Ant. Lat and medial maxillary wall
Fx's bilaterally. Posterior zyg buttress fx on (R)
Nasal septal fx. (R) orbital floor fx + grossly
displaced.

Imp: (1) Multiple facial fx's
(2) Complex lip lacs                         Betadine
lacs irrigated c̄ copious NS + prepped c̄ lidocaine
Plan: (1) Lip lach closed: Anesthetized c̄ 1% c̄ 1/100k ep., muscle
deep layer closed c̄ 4-0 vicryl. Skin closed c̄ 5-0 prolene, mucos
surface closed c̄ 5-0 vicryl.
(2) Admit TDC 7B for poss OR tomorrow.
(3) OMFS consult. — fx'd dentition
(4) Ophtho consult — periorbital a.k + post/lat
orbital wall fx.

Seen + examined c̄ Dr. Underbrink.

I have examined the patient and reviewed the medical record.

Signature/Title: _____ Ext# _____ Beeper: 51397

Service: ENT                    Date: 1/28/2  Time: 6ᵖ

IF PATIENT ID CARD OR LABEL IS UNAVAILABLE, WRITE DATE, PT NAME AND UH# IN SPACE BELOW

000834111
bb4b33Q   CM 05-20-55
MORALES, DALE
300009184 92   DOB
G14633Q

TDC 7B   012803

**REQUEST FOR CONSULTATION**

Medical Record Form 5400-Rev. 7/99
**The University of Texas Medical Branch Hospitals**
**Galveston, Texas**

**MEDICAL RECORD**

ADDITIONAL FORMS MAY BE OBTAINED FROM MATERIALS MANAGEMENT REORDER NO. 68540

DEPARTMENT OF RADIOLOGY
THE UNIVERSITY OF TEXAS MEDICAL BRANCH HOSPITALS, GALVESTON, TEXAS

614633Q                LEMOINE, DALE
                                                    Status: E
DOB: 05/20/1955        Sex: M                       Loc:    ERT

Physician:

    SWEET, LAIRD ANDERSON, MD
    301 UNV BLVD RT1173
    GALVESTON, TX      77555

    3634208 01/28/2003 18:00  Requested by: SWEET, LAIRD ANDERSON, MD
        CT HEAD W/O CONTRAST
    3634209 01/28/2003 18:04  Requested by: SWEET, LAIRD ANDERSON, MD
        CT MAXILLA-FACIAL WO CONTRAST


    ..........................................................

HISTORY: Assaults

CT HEAD

An unenhanced CT of the head was performed.

No intracranial abnormality is seen.  No evidence of a bleed, mass
effect, or midline shift is noted.
Multiple facial fractures are noted as detailed below.  Fluid is
present in all the sinuses.

CT FACE:

A CT scan of face was performed with axial and coronal images.

Bilateral tripod fractures are noted with fractures of the
anterior, posterior, and lateral walls of the maxillary sinuses
bilaterally. The right tripod fracture is minimally displaced
laterally. Bilateral pterygoid fractures are noted.

Bilateral lateral orbital walls fractures, the right mildly
displaced medially.

Bilateral displaced orbital floor fractures are noted.

Bilateral comminuted nasal bone fractures are noted with minimal
displacement towards the left .

Extensive soft tissue swelling is seen about the right side of the
face with subcutaneous air.

DEPARTMENT OF RADIOLOGY
THE UNIVERSITY OF TEXAS MEDICAL BRANCH HOSPITALS, GALVESTON, TEXAS

Page: 2

614633Q                    LEMOINE, DALE
                                                    Status: E
DOB: 05/20/1955      Sex: M                         Loc:     ERT

Physician:

     SWEET, LAIRD ANDERSON, MD

   3634208 01/28/2003 18:00   Requested by: SWEET, LAIRD ANDERSON, MD
       CT HEAD W/O CONTRAST
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

Palam Annamalai, MD   /signed by/ FAUSTINO C GUINTO JR, MD

Personally interpreted by:

Faustino C Guinto Jr, MD   /signed by/ FAUSTINO C GUINTO JR, MD

Transcribed on: 01/28/2003 18:44      by Medspeak Interface
Last Edited on: 01/29/2003 10:02      by Medspeak Interface
   Finalized on: 01/29/2003 11:38     by Faustino Guinto, MD

                    OFFICIAL COPY



## THE UNIVERSITY OF TEXAS MEDICAL BRANCH HOSPITALS

**OTOLARNYGOLOGY**

LEMOINE, DALE                          ADMITTED:   02/06/03
U.H.#:  61-46-33-Q                     DISCHARGED:  02/18/03

ATTENDING PHYSICIAN:    FRANCIS B. QUINN, MD

CHIEF COMPLAINT:

SIGNIFICANT HISTORY AND PHYSICAL FINDINGS:  The patient is a
47-year-old TDC inmate who suffered trauma to his face during an
assault and, on clinical examination, was noted to have multiple
maxillofacial fractures, including a right zygomatic maxillary
complex fracture of the zygoma, right lateral orbital rim, right
inferior orbital rim, right lateral maxillary buttress, left lateral
maxillary buttress and left inferior orbital rim fractures,
bilateral medial maxillary buttress fractures, and a right orbital
floor fracture.  The patient reports a personal history of hepatitis
C and psychiatric illnesses.  He reports an allergy to Motrin.

PERTINENT LABORATORY AND X-RAY FINDINGS:

TREATMENT RENDERED:  On 02/03/03, the patient was taken to the
operating room, and open reduction, internal fixation of multiple
facial fractures was undertaken, as well as mandibulomaxillary
fixation.  Postoperatively, the patient was extubated and
transferred to the floor.  The patient subsequently began to spike
fevers and was extremely uncooperative with medical care, refusing
antibiotics, demanding around-the-clock sleeping medications, and
refusing to ambulate or use incentive spirometry.  Physical exam
revealed debris in the right eye and an appropriate amount of
erythema, ecchymosis, and edema over the areas of his facial
fractures.  Artificial tears were started, and oral and eye care
were undertaken.  The patient subsequently began complaining of
nausea and vomiting.  On postop day 3, we noted that what we had
initially felt would be an insignificant amount of malocclusion was
indeed a small amount of open bite of about a 1 mm gap.  When we
proposed surgical repair of this, he reported that he felt fine and
did not wish to pursue repair.  Postoperatively, his course was
complicated by his unwillingness to work with Physical Therapy, to
take his antibiotics, or cooperate with eye care.  He began to drain
some serous fluid from the right tarsorrhaphy incision and was noted
to have a fair amount of chemosis.  We began to pack both left and
right brow wounds, as they were both draining.  This continued until
the drainage resolved, and the wounds healed in inferiorly with
subsequent resolution of his fevers and the drainage.  Finally, on
02/17/03, the patient was deemed healthy for discharge.

PRINCIPAL AND OTHER DIAGNOSES:

FORM#: 2003              **DISCHARGE SUMMARY**              **ORIGINAL**

## THE UNIVERSITY OF TEXAS MEDICAL BRANCH HOSPITALS

LEMOINE, DALE                U.H.#:   61-46-33-Q                          PAGE 2

SURGICAL PROCEDURES:  02/03/03 - Open reduction, internal fixation of multiple facial fractures.

DISPOSITION AND PROGNOSIS:  He was discharged to the unit, medially unassigned for 4 weeks.  He was to continue on his regular diet, which he had been tolerating for several days.  He was to follow up in the TDC ENT Clinic in 2 weeks.  He was to continue taking Keflex 4 times a day for 14 days, Tylenol 3, Peridex gargles, and ofloxacin eye drops 3 times a day.

_____                           _____ M.D.
GLEN T. PORTER, MD                                              Attending Physician

GTP/TL019    J#:  231357              D: 03/31/03    T: 04/01/03

FORM#: 2003            **DISCHARGE SUMMARY**              **ORIGINAL**



## THE UNIVERSITY OF TEXAS MEDICAL BRANCH HOSPITALS

**OTOLARYNGOLOGY**

LEMOINE, DALE                          DATE OF OPERATION:   02/03/03
U.H.#:  61-46-33-Q                     WARD:

FACULTY SURGEON:  FRANCIS B. QUINN, MD
RESIDENT SURGEON:  MICHAEL UNDERBRINK, MD
ASSISTANT OR TEACHING RESIDENT:  GLEN T. PORTER, MD
                                 GORDON A. SHIELDS, MD

PREOPERATIVE DIAGNOSIS:  Multiple maxillofacial fractures.

POSTOPERATIVE DIAGNOSIS:  Multiple maxillofacial fractures,
including:  1. Right zygomatic maxillary complex fracture at the
zygoma, right lateral orbital rim, right inferior orbital rim, and
right lateral maxillary buttress.  2. Left lateral maxillary
buttress and left inferior orbital rim fracture.  3. Bilateral
medial maxillary buttress fractures.  4. Right orbital floor
fracture.

OPERATION:  1. Mandibular maxillary facial fixation.  2. Open
reduction and internal fixation of the above-mentioned fractures.

INDICATIONS:  Mr. Lemoine is a 47-year-old gentleman who suffered
trauma to his face following an assault by clinical examination and
CT examination of the face.  We noted the above-mentioned fractures,
which were multiple in the maxillofacial region.  He also had a
loose dentition involving the small alveolus fracture of the left
front two incisors.  We planned open reduction and internal fixation
of the above fractures after placement of the patient in mandibular
maxillary facial fixation.  The risks, benefits, and alternatives of
the procedure were explained to the patient, who understood and
agreed to proceed.  The risks of the consent were read for him word
for word and assigned on the chart.

PROCEDURE:  Patient was taken to the operating room and placed in
the supine position, and then placed under general nasal
endotracheal intubation.  After adequate anesthesia was obtained,
patient was then prepped and draped in the usual sterile fashion.
Peridex was used to rinse the oral cavity and brushed the teeth.  We
then began by placing the patient in mandibular maxillary fixation.
Arch bars were placed along the upper and lower dentition and
secured to the canine premolar and molar teeth that were available
with #24 gauge steel wire.  At this time we also noted that tooth
#9, which was the upper lateral left incisor was loose and falling
out of the alveolar ridge.  This was extracted.  The tooth #8 was
secured to the arch bar with #24 gauge wire, reducing the alveolar
fracture of that tooth.  We then placed the patient in
intermaxillary fixation with #26 gauge interdental wires.  We then

**OPERATIVE REPORT**               **ORIGINAL**

## THE UNIVERSITY OF TEXAS MEDICAL BRANCH HOSPITALS

LEMOINE, DALE           U.H.#:  61-46-33-Q                    PAGE 2

turned our attention to open reduction and internal fixation of the
fractures.  We made a sublabial incision along the gingival labial
sulcus, extending from the right maxillary tuberosity to the
opposite tuberosity.  Dissection was carried through the mucosa with
electrocautery on the cut, and through the underlying tissues with
the electrocautery for coagulation, through the periosteum, and
overlying the maxillary bone.  We then used the periosteal elevator
to elevate the periosteum and expose the fractures.  Of note there
was a comminuted right lateral buttress fracture, comminuted
anterior maxillary wall fracture on the right, and a medial buttress
fracture on the right maxilla.  Likewise there was also a left
medial buttress, left lateral and maxillary buttress, and anterior
maxillary sinus wall fracture on the left.  Any loose fragments
along the anterior maxillary wall were then removed at this time as
they were unable to be reduced and plated.  We then maintained the
appropriate vertical height of the maxilla with plating of the
lateral and medial buttresses.  The 2.0 mandibular plate in an
L-fashion were used with three screws on either side of the
fracture, along the right and left lateral maxillary buttress areas
after these fractures were placed in appropriate reduction.  We then
plated the medial buttress fractures with 1.5 Titanium plate, with
two screws on either side of the fracture line.  On the right we
used an L-plate, and on the left we used a five-hole straight 1.5
plate.  We then turned our attention to the lateral orbital rims.
We made a lateral brow incision with the 15 mm blade after local
injection of 1% lidocaine with epinephrine.  Dissection was then
carried down with the electrocautery through the orbicularis muscle
and underlying tissues, down to the periosteum overlying the lateral
orbital rim.  First we attempted this on the right, exposing the
right lateral orbital fracture, which was clearly mobile.  We also
explored the left lateral orbital rim in the same fashion, which did
not appear to have a lateral orbital rim fracture.  We then plated
the right lateral orbital rim fracture with a 1.3 curved Titanium
plate with two screws, 6 mm in length, on either side of the
fracture.  We then performed the transconjunctival incision, first
on the left.  We made an incision with the needle point Bovie tip
through the conjunctivae, approximately 5 mm below the lower lid
margin, from just lateral to the canaliculi, extending laterally to
the lateral canthal tendon.  Dissection was carried through to the
conjunctivae and anterior to the orbital septum, but not through the
orbicularis oculi muscle.  We then made a lateral canthotomy and
inferior cantholysis to gain mobility of the lower lid.  With blunt
dissection with the Q-tip, dissected the orbicularis muscle away
from the orbital septum to the level of the inferior orbital rim.
We then made an incision with the electrocautery through the
periosteum, just inferior to the inferior orbital rim.  With the

**OPERATIVE REPORT**                    **ORIGINAL**

**THE UNIVERSITY OF TEXAS MEDICAL BRANCH HOSPITALS**

LEMOINE, DALE          U.H.#:  61-46-33-Q                PAGE 3

Freer elevator we dissected the periosteum off of the orbital rim and explored the left orbital floor by lifting the periosteum off of the orbital floor.  It appeared that there was an inferior orbital rim fracture, which was reduced, and plated with a 1.3 curved Titanium plate with two screws on either side of the fracture at 6 mm in length.  There did not appear to be a significant orbital floor fracture on the left side.  We repeated this transconjunctival approach to the right inferior orbital rim, and in a similar fashion using the needle point cautery to incise the conjunctivae at approximately 5 mm below the lower lid margin, just lateral and approximately 2 mm lateral to the canaliculus, and continuing the incision to the lateral canthal tendon.  We then made our lateral canthotomy in a similar fashion with inferior cantholysis to give more mobility to the lower lid.  We then used blunt dissection the remaining orbicularis off of the orbital septum, taking care not to enter the periorbitum.  Dissection was carried down to the level of the inferior orbital rim, and an incision was made with the electrocautery through the periosteum, just inferior to the orbital rim.  Then with the periosteal elevator, the periosteum was elevated off of the inferior orbital rim, and off of the inferior orbital floor to expose the inferior orbital rim fractures.  There appeared to be a floating medial segment of bone and there appeared to be a significant comminuted fracture of the right orbital floor. We used the dissection with careful retraction of the periorbitum with the malleable retractor, to expose the entire length of the fracture. The infraorbital nerve was seen and exposed through the orbital floor fractures.  We then plated the inferior orbital rim with a 1.3 curved Titanium plate, securing the freely mobile segment of the inferior orbital rim with one screw, and placing two screws on the stable portions of the infraorbital rim medially and lateral to this mobile segment.  We then used the endoscopes through the anterior maxillary wall defect to visualize the orbital floor fracture, making sure that all of the periorbitum was elevated from the maxillary sinus.  We then placed a 1.0 Titanium mesh to support the orbital floor.  This was fashioned approximately 4 cm across for the most anterior portion of the inferior orbital rim, at 3 cm in width and 3 cm in length, and was placed just beneath the periorbitum to support the globe.  We then secured this by folding the anterior edge of the mesh over the inferior orbital rim, and secured it to the stable maxillary bone with 6 mm 1.0 screws.  After these fractures were rigidly fixated and the palate was stable.  The dentition appeared to be in reasonable occlusion.  However the patient had several chipped teeth, which prevented us from adequately inspecting and insuring that the anterior dentition was in complete occlusion, as there were no wear facets to follow. However the premolars and molars appeared to be in good occlusion,

**OPERATIVE REPORT**                    **ORIGINAL**

**THE UNIVERSITY OF TEXAS MEDICAL BRANCH HOSPITALS**

LEMOINE, DALE              U.H.#:  61-46-33-Q                    PAGE 4

following reduction of its fractures.  We then released the patient
from interdental fixation and the previous incisions were closed.
We closed the lateral canthotomies with a 4-0 PDS interrupted
suture, secured to the periosteum of approximately 1.5 cm, just
posterior to the lateral orbital rim, inside of the orbital rim.  We
secured the remaining soft tissue from the canthotomy with 4-0
Vicryl and the epithelium of the lateral canthotomy was
reapproximated using 6-0 Ethilon in an interrupted fashion.  The
conjunctivae appeared to be properly aligned following the closure
of the lateral canthus, and did not necessitate reapproximation.  We
then closed the lateral orbital brow incision on both sides with 4-0
Monocryl suture for the orbicularis layer, 4-0 interrupted Monocryl
suture for the subdermal layer, and a running 6-0 Ethilon suture for
the epithelium.  We then closed the sublabial incision with
interrupted 3-0 Vicryl sutures approximately 0.5 cm from one another
the entire length of the incision.  This appeared to give us
complete closure for all of the approached incision.  The patient
tolerated the procedure well.  There appeared to be no
complications.  We palpated the anterior segment of the globe on the
right after the floor repair, which appeared to be soft.  The sponge
and needle counts were correct at the end of the case.  Dr. Quinn
was present for the key portions of the procedure.  The patient was
extubated and returned to the recovery room in good condition.

                                            _____ M.D.
_____                          Faculty Surgeon
MICHAEL UNDERBRINK, MD

MU/TL542    J#:  212171        D: 02/04/03   T: 02/05/03

**OPERATIVE REPORT**                    **ORIGINAL**

Date:  02/12/03      Pt. Name:  LEMOINE ,DALE      UH#:  614633Q
ADMIT STATUS: FULL ADMIT              CLINIC:
REQUEST FOR CONSULTATION:      OPHTHAMOLOGY
PT TYPE: S  FIN CLASS: U  MG CARE:    INSURANCE: FEDERAL PRISONER
                                      Priority:        ROUTINE
Account#:        30000918492  DOB: 05/20/1955  Room/Bed:      DC7B  D73202
Adm Date/Time:  02/06/03  14:00                Age/Sex:       47 / M
                                               Service/Team:  OTO / TDC

Attend:  02823   QUINN JR MD,FRANCIS   Pager:
Resident: 07247  CUNNINGHAM MD,SAM
Intern:  00000   DOCTOR UNASSIGNED

To:     OPTHA  OPHTHAMOLOGY          Pager:        Phone: 409-747-5859
From:   06927  PORTER MD,GLEN T      Pager: 159214  Unit#: 403-772-6175

History:  LEMOINE ,DALE 614633Q OTO    ANTICIPATED D/C DATE  02/15/03
          47 C M 02/06/03
Diag:     MULTIPLE FACIAL FRACTURES

Reason:   PT S/P ORIF BILATERAL RIM FX
          NOW WITH DRAINING SINUS FROM
          RIGHT PERIORBITAL WOUND.  PT
          WITH CONJUNCTIVAL EDEMA.
          VISION INTACT, EOMI.  PLEASE
          EVAL AND RX.  (S/P RIGHT
          ORBITAL FLOOR REPAIR WITH
          MESH)

ENT 22707
Porter - 2nd yr ENT

NURSE STATION TELEPHONE NUMBER:

Entered by:     YF9P    GLEN      PORTER       ORDER #:   133
Entered Date/Time:  02/12/03  06:33
TO ANSWER CONSULT ON LINE SELECT ANSWER/DISPLY CONSULT ON PFUN MENU
CONSULT RESPONSE:

47 ylo s/p (B) ORIF of orbital rim
fractures ; (R) orbital floor repair c
Mesh ;
   GTT: Ocuflox - r/tt on BID

WRITTEN BY: _____  DATE: __/__/__  TIME: __ : __ __

SERVICE: _____  EXT#: _____  PAGER: _____
          THE UNIVERSITY OF TEXAS MEDICAL BRANCH HOSPITALS - GALVESTON, TEXAS
            REQUEST FOR CONSULTATION - MEDICAL RECORD FORM 5411-11/96
OECNE3FA              *ORIGINAL - MEDICAL RECORD*

CONSULT

```
Date:  01/28/03      Pt. Name:  LEMOINE ,DALE            UH#:  614633Q
ADMIT STATUS: 23H OBSERVATION            CLINIC:
REQUEST FOR CONSULTATION:        ORAL & MAXILLOFACIAL SUR
PT TYPE: O  FIN CLASS: S  MG CARE:      INSURANCE:
                                           Priority:     ASAP
Account#:        30000918492  DOB: 05/20/1955  Room/Bed:   DC7B  D73202
Adm Date/Time:  01/28/03  16:53             Age/Sex:      47 / M
                                           Service/Team: ERT /

Attend:   02823   QUINN JR MD,FRANCIS   Pager:
Resident: 07247   CUNNINGHAM MD,SAM
Intern:   00000   DOCTOR UNASSIGNED

To:      ORAL    ORAL & MAXILLOFACIAL    Pager:        Phone: 409-772-7230
From:    07247   CUNNINGHAM MD,SAM       Pager: 51397  Unit#: 403-772-6175

History:  LEMOINE ,DALE 614633Q ERT      ANTICIPATED D/C DATE  01/30/03
          47 C M 01/28/03
Diag:     MULTIPLE FACIAL FRACTURES

Reason:   47 YO FED INMATE SP ASSAULT.
          PT WITH MULTIPLE FACIAL FX'S,
          BEING TREATED BY ENT.  PT WITH
          FX'D UPPER DENTITION-INCISORS
          AND CANINES.  PLEASE EVAL AND
          ADVISE FOR REPAIR OF TEETH.
```

NURSE STATION TELEPHONE NUMBER:
-

IF NEEDED TODAY          PAGE MD ON CALL

```
Entered by:     YDBN   SAMUEL   CUNNINGHAM      ORDER #:   17
Entered Date/Time:  01/28/03  23:49
```
TO ANSWER CONSULT ON LINE SELECT ANSWER/DISPLY CONSULT ON PFUN MENU
CONSULT RESPONSE: _____

47 yo was presented to ER last night s/p assault
resulting in multiple facial fractures.
Pt has multiple teeth that have
been palatally displaced and are all very

WRITTEN BY:  D Sooyo       DATE: 1 / 29 03   TIME: 17:30

SERVICE:  OMFS            EXT#: 27241   PAGER: 16098

THE UNIVERSITY OF TEXAS MEDICAL BRANCH HOSPITALS - GALVESTON, TEXAS
REQUEST FOR CONSULTATION - MEDICAL RECORD FORM 5411-11/96
**ORIGINAL - MEDICAL RECORD**

CONSULT

OECNE3FA

Date: 01/28/03      Pt. Name: LEMOINE ,DALE          UH#: 614633Q
Account#: 30000918492      Room/Bed: DC7B  D73202

REQUEST FOR CONSULTATION:        ORAL & MAXILLOFACIAL SUR
  TO ANSWER CONSULT ON LINE SELECT ANSWER/DISPLY CONSULT ON PFUN MENU

Con't Consult Response: asked by ENT to evaluate Dentition.
PE: Pt c̄ teeth #'s 7 and 8 mildly lingually
diplaced 2° to alveolar fracture both teeth
move as a unit. Pt's entire maxilla is
grossly mobile as well. Pt's dentition
is otherwise in adequate repair
Ø s/sx of acute infection
Teeth not @ risk for aspiration
CT Face: ® 2MC, ® orbital floor frx, Maxillary sinus
wall frx'd ⊕, Possible c̄ ext frx involv
A: Pt has an alveolar component fracture
   involving teeth #'s 8 and 7 and should be addressed
   along c̄ other facial fractures
PLAN: ENT following pt for facial fracture
   and will address alveolar fracture @ same
   time c̄ the application of Max Arch bar
   No other recommendation @ present

WRITTEN BY: _____  DATE: 1/29/03  TIME: 17:30
SERVICE: OMFS                 EXT#: 27241  PAGER: 160984
     THE UNIVERSITY OF TEXAS MEDICAL BRANCH HOSPITALS - GALVESTON, TEXAS
        REQUEST FOR CONSULTATION - MEDICAL RECORD FORM 5411-11/96
                    *ORIGINAL - MEDICAL RECORD*

OECNE4FA

**CONSULT**

DEPARTMENT OF RADIOLOGY
THE UNIVERSITY OF TEXAS MEDICAL BRANCH HOSPITALS, GALVESTON, TEXAS

614633Q              LEMOINE, DALE

                                              Status: I
DOB: 05/20/1955      Sex: M                   Loc:    DC7B

Physician:

    QUINN JR, FRANCIS B, MD
    301 UNV BLVD RT0521
    GALVESTON, TX       77555


  3643490 02/07/2003 09:15   Requested by: PORTER, GLEN T, MD
     CHEST, 1 VIEW/TDC PATIENTS



.................................................................

Incomplete inspiration.

No significant abnormalities.




Personally interpreted by:

Luis B Morettin, MD  /signed by/ LUIS B MORETTIN, MD

Transcribed on: 02/08/2003 09:56     by TalkStation Interface
   Finalized on: 02/08/2003 09:56    by TalkStation Interface

                    OFFICIAL COPY

DEPARTMENT OF RADIOLOGY
THE UNIVERSITY OF TEXAS MEDICAL BRANCH HOSPITALS, GALVESTON, TEXAS

614633Q                    LEMOINE, DALE
                                                    Status:  I
DOB: 05/20/1955      Sex: M                         Loc:    DC7B

Physician:

        CUNNINGHAM, SAM, MD
        301 UNIV BLD RT0521
        GALVESTON, TX      77555

    3634297 01/28/2003 22:09  Requested by: CUNNINGHAM, SAM, MD
        SPINE, CERVICAL 2 VIEWS

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

HISTORY:  facial fractures

FINDINGS:

Only C1-C6 are seen on the lateral film.  Mild changes of
spondylosis are seen.  No evidence of fracture or dislocation is
noted in the visualized vertebrae.  A repeat lateral film may be
of value if clinically indicated.

Palam Annamalai, MD  /signed by/ PALAM ANNAMALAI, MD

Personally interpreted by:

Randy Ernst, MD  /signed by/ RANDY ERNST, MD

Transcribed on: 01/28/2003 22:24      by Medspeak Interface
Last Edited on: 01/29/2003 07:55      by Medspeak Interface
   Finalized on: 01/29/2003 08:00      by Randy D Ernst, MD

OFFICIAL COPY

DEPARTMENT OF RADIOLOGY
THE UNIVERSITY OF TEXAS MEDICAL BRANCH HOSPITALS, GALVESTON, TEXAS


614633Q                    LEMOINE, DALE
                                                        Status:  E
DOB: 05/20/1955        Sex: M                           Loc:     DC7B

Physician:

      BAILEY, BYRON J, MD
      300 UNIV BLD RT 521
      GALVESTON, TX      77555


   3639921 02/03/2003 22:55  Requested by: SHIELDS, GORDON A, MD
      FACIAL BONES, < 3 VIEWS/PORTABLE EXAM/STAT/TDC PATIENT


   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

FACIAL BONES

HISTORY.  Trauma.

Bilateral facial fractures involving orbits and maxillae are seen
affixed by means of several sideplates and multiple screws.  The
alignment appears to be satisfactory.  Comminuted fractures of the
nasal bones are also noted.  An endotracheal tube is in place.


Stephen Ladner, MD   /signed by/ RAJENDRA KUMAR, MD

Personally interpreted by:

Rajendra Kumar, MD   /signed by/ RAJENDRA KUMAR, MD

Transcribed on: 02/04/2003 10:45    by TalkStation Interface
   Finalized on: 02/05/2003 15:51    by Rajendra Kumar, M.D.

                      OFFICIAL COPY

(Use black ink only and press firmly)

| ADMISSION DATE: 1/28/03 | DISCHARGE TE: 2/17/03 | DISCHARGE SERVICE: H | DISCHARGE TIME: |
|---|---|---|---|

☐ MEDICARE   ☐ MEDICAID   ☐ CHAMPUS   |   DAY SURGERY UNIT   ☐ Yes   ☐ No

**PRINCIPLE DIAGNOSIS:** (As known at the time of discharge, the condition established after study to be chiefly responsible for occasioning the admission.):

Facial Fractures

**ICD-9-CM CODES**
Completed by Med. Rec. Dept.

**SECONDARY DIAGNOSIS(ES):** (Include complications, a condition that arises during hospital stay and include comorbidities, a condition that existed prior to the patient's admission.):

**F I N A L**

*(For additional space or for revising the Principal and/or Secondary Diagnoses use the reverse side of this page)*

| DATE | PRINCIPLE PROCEDURE: (Procedure most related to Principal Diagnosis) |
|---|---|
| 2/3/03 | ORIF Multiple facial fxs |

**Additional Operations and Special Procedures:**

**D I S C H A R G E**

*(For additional space please use the reverse side of this page)*

| DRG: |
| Coder: |
| Date: |

**TRANSFUSION:** ☐ Yes ☒ No   Reaction:
Intubation: ☒ Yes ☐ No
Heart Lung Bypass Machine: ☐ Yes ☒ No

**DRUG REACTION:** (Specify Drug):

**Discharge Instructions Given to:** ☒ Patient ☐ Family ☐ Other, Specify: TDCJ

| Physical Activity | Diet: |
|---|---|
| Medically unassigned X 4 weeks | Regular |

| Follow-up Care: | Medication/Dose Frequency: |
|---|---|
| TDC ENT clinic 2 wks. Void 2/21/03 for suture removal | Keflex 500mg PO Qid X 14d Fluid 3 paridex gargles ofloxin 0.3% eye drop OU tid |

**DISCHARGE TYPE:** ☐ AWOL
☐ Deceased ☒ Discharged
☐ AMA (AMA form signed)

**DISCHARGE DISPOSITION:** ☐ Home ☐ Short Term Hospital
☐ SNF ☐ ICF ☐ Home Health ☒ Other type of facility TDCJ
☐ IS READMISSION PLANNED? DATE

**DEATH DETAIL:** ☐ Postop
☐ Autopsy ☐ Died 48 hours
☐ Stillborn ☐ Coroner's Case

**N O T E**

Name of Referring Physician:

House Officer: _____   Date: 2/17/03

**Attending Physician:** _____   Date: _____
*(Full legal signature required)*

IF PATIENT ID CARD OR LABEL IS UNAVAILABLE, WRITE DATE, PT NAME AND UH# IN SPACE BELOW

**FINAL DISCHARGE NOTE**

000834111
b14633Q     CM   05-20-55
LEMOINE .DALE
30000918492     ERT
0

TDC 7B   012803

**Medical Record Form 5346-Rev. 1/97**
**The University of Texas Medical Branch Hospitals**
**Galveston, Texas**

**Original — Medical Record**

ADDITIONAL FORMS MAY BE OBTAINED FROM MATERIALS MANAGEMENT REORDER NUMBER 68536

19

Evaluated in _____   Date _____

Date of Admission _1-20-03_____   Date of Discharge _2-17-03_

Discharge Diagnosis _Facial Fractures_

Condition ☑ Fair ☐ Serious   Mode of Transport ☑ Bus ☐ Van ☐ Ambulance ☐ EMS Notified

Primary Physician/Service/Pager No. _Porter / ENT /_

## NURSING SUMMARY OF HOSPITALIZATION

Activity level upon discharge ☑ Ambulatory ☐ W/C ☐ Stretcher _____

Brief description of hospital course _This 47y/o Male was admitted ē Multiple facial fractures and had surgery (ORIF) to repair. The pt. still has ecchymosis and some periorbital edema. He is dc'd ē po medications_

Medications _see prescription form_

Last Dose Given _____   Rxs to Pharmacy ☑ Yes ☐ No

Referrals _No_

## DISCHARGE CARE

Type of IV _None_

Site care/maintenance _None_

Treatment _Antibiotics PO_

Wound care _Keep clean + dry - report purulence_   _[signature] 2/19/03_

Special needs _None_

Work restrictions _Medically unassigned x 4 wks_

Diet _Regular_

**WRITTEN MATERIAL GIVEN TO PATIENT** (attach to TDCJ Medical Record)   ☐ Yes ☑ No

## NEXT CLINIC APPOINTMENT

☑ TDCJ Hospital Clinic                              ☐ Telemedicine Appointment

Date _2 wks_ Clinic _ENT_                          Date _____ Clinic _____

Date _____ Clinic _____

Date _____ Clinic _____

If you have any questions, please call _7B_   unit at extension _26175_

_2/18/03_                          _B. Chatman RN_
Date                              Signature of Discharging Nurse

MFG BY MOORE UTMB FORMS MGT. (409) 747-8001 STRICTLY PROHIBITS DUPLICATION, REPRODUCTION OR CHANGES TO THIS FORM.

ADDITIONAL FORMS MAY BE OBTAINED FROM MATERIALS MANAGEMENT REORDER NUMBER 68532

IF PATIENT ID CARD OR LABEL IS UNAVAILABLE, WRITE DATE, PT NAME AND UH# IN SPACE BELOW

000834111   CM   05-20-55
6146330
LEMOINE .DALE   ERT
30003918492
0
TDC 7B   021803

**PATIENT DISCHARGE INSTRUCTIONS**
**TDCJ HOSPITAL**

Medical Record Form 5332-101-Rev. 9/99
**The University of Texas Medical Branch Hospitals**
**Galveston, Texas**

Original - Medical Record

REV 7440-00-334-4170

AUTHORIZED FOR LOCAL REPRODUCTION

**MEDICAL RECORD** | **CHRONOLOGICAL RECORD OF MEDICAL CARE**

**DATE** | **SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION (Sign each entry)**

| Date | Entry |
|---|---|
| 2-18-03 | 2250 S- Received from Hospital Galveston. O A&O×3 Ambulatory c̄ Wrist and Leg Cuffs on. O open areas noted, O dressings. Wounds to face clean and dry. Healing, Bilateral eyes Red.  T-98² -18- 80  12⁰/82 wt. 194 #'s. States "was medicated before leaving Hospital Galveston." A. Alteration in Comfort. P. written *Error Zone* V/S taken, assessment done. Placed in observation by BCP. officers. E. pt. instructed to Report any drainage of wounds. _L. Gabbard RN_    L. GABBARD, RN |
| 2-18-03 | 2250  Written instructions (Recommendations) per Hospital Galveston as Follows. ① Keep wounds clean & dry (Report purulence.) ② medically unassigned × 4 wks. ③ Regular diet. ④ Next clinic appt. 2 wks. ENT clinic. ⑤ Keflex 500mg PO qid ×14 days. ⑥ *Error Zone* Tylenol #3 Polytrim Eye drops 3 OU qid ×14 days ⑦ Chlorhexidine Gluconi Rinse 0.12 % PO qid × 14 days. 15-30 cc oral Rinse.   ( over )  Continued  _L. Gabbard RN_   L. GABBARD, RN |

HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT

SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR

PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.) | REGISTER NO. | WARD NO.

LEHOINE
DALE

00834-111

DOB 05/20/55
FCC BEAUMONT - USP

**CHRONOLOGICAL RECORD OF MEDICAL CARE**
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* |
|------|-----------------------------------------------------------------------------|
| 2-18-03 (Cont) | 2250 ⑧ Propoxyphene Napsylate / apap 1-2 tabs . po q 3-4° prn Pain . |
|  | ⑨ Peridex gargles , |
|  | ⑩ OFloxacin 0.3% to OU, Tid |
|  | to chart to provider for Review of medications. — L. Gabbard RN   L. GABBARD, RN A. VELASAN. MD 2/18/03 |
| 2-19-03 | 0030 Resting , ō distress noted /R. Gabbard RN   L. GABBARD, RN |
| 2-19-03 | 0200 Resting quietly / L. Gabbard RN   L. GABBARD, RN |
| 2-19-03 | 0400 Quiet , ō distress / L. Gabbard RN   L. GABBARD, RN |
| 2-19-03 | 0500 Resting , ō distress /R. Gabbard RN   L. GABBARD, RN |
|  |  |
| 2-19-03 0805 | S~ No complaints - noted feels okay able to eat regular food - RR: 19/m |
|  | O/E alert - awake - coherent   HR: 80 |
|  | Perna - no crepitation - mild swell periorbital area - can open mouth w/out any problem |
|  | A/P/Educ ① S/P ORIF multiple facial FX - clinically stable |
|  | ℞ - Keflex 500 mgs QID x 14 days |
|  | Medically unassigned X 4 wks   ℞ - Darvocet N-100 - ℞ - polytrim eye drops Ī Π̄ TID prn x 7 days   3 gtts O.U. QID x 14 days |
|  | SP ENT as ordered - then Tylenol 325 mgs - Chlor hexidine colmon Ī - Π̄ TID prn after 7th day rinse 0.12% p.o. QID x 10 days   x 14 days ( 15-30 cc oral Rinse) A. VELASAN. MD |
|  | Can be Discharge anytime - from Medically Standpoint from observation |



Responce To Medical Papers
(Recieved From Galveston 8-12-03)


In responce to page 6 discharge summary by Dr.Quinn
dated 02-03-03 under treatment rendered lines 6 and 7;

I had been seven days with no sleep at all when they put
me back in my room after my operation and still they would
not give me anything at all to help me sleep. I refused
antibiotics that night and the next day only because of this.
I never did get any sleep in that hospital.

In responce to same page lines 16 through 19;

I never said I felt fine. I said I had been in so much pain
I did not want another operation. I never had any physical
therapy so how could I be unwilling. I also did everthing
they asked me to when they checked my eyes.

END

RETURNED TO ME 3/14/03

COP-OUT

TO; MEDICAL                    •    FEB 20, 2003

SUBJECT; I WOULD LIKE TO HAVE SOME TYLENOL FOR PAIN, SOME NASEL SPRI FOR MY BROKEN NOSE & A FEATHER PILLOW FOR MY HERD INJURY/

FROM; INMATE LEMOINE D. 00834111
        RANGE C- #14  SHU.

Received 2/24/03
    Feather pillow not indicated. tylenol 650mg
PO TID three times a day and saline nosal spray
ordered today-
                PLEASE REPLY
                        Chorbo Lu
                        2/24/03

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
**U.S. DEPARTMENT OF JUSTICE**    *#1074*               **FEDERAL BUREAU OF PRISONS**

*RETURNED*
*TO ME 4/2/03*

---

| TO:(Name and Title of Staff Member) | DATE: |
|---|---|
| DR. VILLASAN | 3-12-03 |
| FROM: LEMOINE D. | REGISTER NO.: 00834111 |
| WORK ASSIGNMENT: NA | UNIT: E/B SHU-C-24 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

THIS IS THE 6TH COP-OUT I AM WRITING & HAVE NEVER RECIEVED A REPLY FROM ONE, ASKING FOR NASAL SPRAY, THE NURSES KEEP TELLING ME ITS ORDERED OR THEY HAVE TO CHECK THE CHART, WHAT I WANT TO KNOW IS HOW LONG DOES IT HAVE TO BE ORDERED, MINE HAS BEEN ON ORDER SINCE THE 24TH OF FEB & TODAY IS THE 12TH OF MARCH, MY SICKNESS MAY WELL BE OVER BY THE TIME I GET THE MEDICINE, I WENT TO GALVESTON HOSPITAL THE 9TH & BOTH THE IN SCREENING NURSE & DR. MULLIEN SAID THEY WROTE IN MY CHART THAT I WAS TO GET NASAL SPRAY WITH ACTIVE INGREDENT & MOUTHWASH.

---

(Do not write below this line)

---

DISPOSITION: 3/12/03

Dear Sir,
    Your chart has been referred to MD to review your requests

123

| Signature Staff Member | Date |
|---|---|
|  | 3/12/03 |

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

Printed on Recycled Paper



**BMX 1330.13C**          **August 6, 1998**          **Attachment A**

## DOCUMENTATION OF INFORMAL RESOLUTION ATTEMPT

Bureau of Prisons Program Statement No. 1330.13, <u>Administrative Remedy Program</u>, (December 22, 1995), requires, in most cases, that inmates attempt informal resolution of grievances prior to filing a formal written complaint. This form shall be used to document your efforts towards informally resolving your grievance.

Inmate Name: _LEMOINE DALE_ Reg. No.: _00834111_ Unit: _516_

Specific Complaint and Requested Relief: _THE COMPLAINT IS BAD MEDICAL TREATMENT WHILE IN STG BEAUMONT, REQUESTED RELIEF IS I WANT MEDICAL STAFF REPRIMANCED + REPRIMAND PLACED IN THERE FILES, I WOULD LIKE A LETTER STATING SUCH + THOSE RESPONIBLE NAMED FROM APPROPRIATE ATHORITY._

Efforts Made By Inmate To Informally Resolve Grievance (be specific): _____
_TRIED + TRIED TO GET MY MEDICATIONS FROM NURSES + MY WRITEN REQUESTS ABOUT 12 TO MEDICAL ONLY TO IGNORED OVER+OVER UNTIL I WAS NOT SICK ANYMORE FOR ABOUT 60 DAYS._

Counselor's Comments: _____
_UTMB_

_____

_____

**F.FRANDLE** _5/21/03_          **M.MCGEHEE** _5/21/03_
**Correctional Counselor's Review / Date**     **Unit Manager's Review / Date**

Response for Lemoine Dale, Reg. No. 00834-111:

A review of your medical record with UTMB medical staff reveals you were transferred to SHU February 20, 2003.  You complained on February 24, 2003, of a metal wire sticking into your gums; you requested tylenol for pain, nasal spray for your "broken nose", and a feather pillow for your "head injury".  Chart review found a feather pillow was not indicated, however, tylenol was ordered, saline nasal spray was ordered,  you were added to the dental appointment list for February 26, 2003, and you were transported to Hospital Galveston where the arch bars were removed.  Your discharge paperwork dated March 7, 2003, from HG states "patient refuses any further treatment".

While in SHU, a copout where you requested a nasal spray with active ingredients was answered on March 12, 2003, with an order for Nasalide for 30 days.  Another copout where you stated you were not healed, eyes water and hurt with little pressure was answered on April 3, 2003, with an order to schedule an appointment for provider evaluation.  At your appointment on April 10, you continued to refuse additional treatment, yet you continued to complain of numbness and swelling to you face..  You were not seen for your appointment on April 24, so another appointment is being scheduled for you.

Based on the above investigation, you are receiving adequate medical care and treatment from UTMB staff.  No reprimand is warranted.

**U.S. DEPARTMENT OF JUSTICE**

**REQUEST FOR ADMINISTRATIVE REMEDY**

Federal Bureau of Prisons

---

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: __Lemoine Dale M.__  __00-834-111__  __FA__  __Beaumont__
      LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A- INMATE REQUEST**

In reguards to your responce to my BP 8 I did get the wires taken out my gumes and the arch bars removed but let me state that they were removed A week early with possible injury to me. Besides tylenol which is given by the nurse to anyone daily your response is incorrect. The only thing I have ever refused is A second operation the day after the first. I never refused treatment and told the nurse that april tenth. I wrote A dozen cop-outs trying to get nasel spray select brand that works,like they gave me in the hospital and A pillow. Thats all the medication I ever asked for or needed. Out of all them cop-outs I only recieved two back. All this time my head was swelled up from no pillow and I couldnt breath at all. It took three weeks for the first cop out to come back and it said sorry no pillow is charted. Well why when I asked for A pillow couldnt they chart one. I didnt want to know if they had    charted one. They gave me gold line nasel spray and it didnt work so I gave it back the next day, but the paper work said ocean brand nasel spray. It took 4 weeks to get some bosh and lomb spray and it didnt work at all and that was way out of the time frame whenI needed it. I never recieved A pillow so it took forever for my face to stop swelling. The only

__5-27-03__    -1 of 2 pages-    __Dale M. Lemoine__
DATE                    SIGNATURE OF REQUESTER

**Part B- RESPONSE**

RECEIVED

JUN 1 0 2003

---

    DATE                          WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**ORIGINAL: RETURN TO INMATE**    CASE NUMBER: _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

CASE NUMBER: _____

**Part C- RECEIPT**

Return to: _____
    LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

    DATE                    Printed on Recycled Paper    RECIPIENT'S SIGNATURE (STAFF MEMBER)

BP-229(13)
APRIL 1982

USP LVN

BP-9

The only other medications I recieved were mouth wash and antibiotic
pills given twice A day by the nurses and they where always cutting
me off for one reason or another or my meds wernt there many times at
all. I have the times,  dates and words exchanged written down. All
this I went through for a couple of bottles of nasel spray and A pillow
that I really needed and never received. Why? This is still neglegint
medical treatment and I request reprimands. Now let me state that I
do not want any medical treatment now unless I request it since the
time period when I needed it is long,lone gone.

**FEDERAL CORRECTIONAL COMPLEX (FCC) BEAUMONT, TEXAS**
**UNITED STATES PENITENTIARY (USP)**
**PART B – RESPONSE TO REQUEST FOR ADMINISTRATIVE REMEDY #301528-F1**

This responds to your Request for Administrative Remedy dated May 27,  2003, wherein you claim negligent medical treatment with reference to your request for nasal spray and a  feather pillow.  For relief, you request reprimands.

The University of Texas Medical Branch (UTMB) provides the medical care at FCC Beaumont under a managed health care contract.  An investigation of your medical record was conducted with UTMB staff.  Your medical record reveals that shortly after your return from Hospital Galveston, you were taken to SHU where you requested both the nasal spray and the pillow.

UTMB's pharmacy system does not allow inmates to prescribe their own medications.  Per your medical record, the staff physician ordered Nasalide nose spray in response to a copout you had written; the feather pillow was not indicated by medical staff and would have required approval by the SHU officer.

As for reprimands, your complaint will be forwarded to the appropriate supervisor.  Any disciplinary action taken, if any, will be at the discretion of management staff.

Based on the above, your Request for Administrative Remedy is denied.

If you are not satisfied with this decision, you may appeal to the Regional Director at the Bureau of Prisons, South Central Region, 4211 Cedar Springs Road, Suite 300, Dallas, Texas 75219. Your appeal must be received in the South Central Regional Office within 20 calendar days of the date of this response.

6/15/03

Date                              R. D. Miles, Warden

                                      Constance Reese, Warden

*ENDED MY QUEST FOR REPRIMANDS USING ADMINISTRATIVE REMEDY HERE*

Summery of Medical Treatment (USP Beaumont)

To show overall inadquite medical procedures of BOP
(As supporting evidence)

1. I wrote a dozen cop-outs to medical trying to get a pillow and nasal
   spray so I could breath and get my daily meds. in order. I never did.
   Of a dozen cop-outs only two were returned late.

2. I was cut off two of three medications or shorted them repeatedly in
   SHU. The medications I was recieving were tylonal, mouthwash and
   antibiotics.
   1. tylonal - Recieved it regular because it was on the cart for
                asking by anyone who wanted any.
   2. mouthwash - I was cut off mouthwash by nurse Sutton on the
                21st. of Febuary (she said she had no order), the
                5th. of March (she said my 14 days were up), and
                the 11th. of March just four days after I had a
                mouth full of braces and sitches cut out, completely.
                The nurses could never make up there minds how much
                to give me a day, sometimes one cup and sometimes
                three cups of 30cc each.
   3. antibiotics - Half the time I recieved it twice a day like I
                was supposed to. The other half the time I recieved
                none or just one pill a day.
3.     4.
3. Of nasal spray and pillow,
   1. nasal spray - Was given goldline and it didnt work so I gave
                it back the next day. On May 1st. I was given
                bosh and lomb spray, thats 2½ months late and it
                didnt work.
   2. pillow - Never recieved one after many cop-outs. My face
                stayed swollen forever because of this. I was never
                given a pillow for my head injuries at all.



**U.S. Department of Justice**

Federal Bureau of Prisons

---

South Central Regional Office                    Dallas, Texas 75219

JUL 3 0 2003

MEMORANDUM FOR LEMOINE, Dale Mitchell
                Reg. No. 00834-111
                USP Beaumont

FROM:           Linda Nutt, Paralegal Specialist
                South Central Region

SUBJECT:        Administrative Tort Claim - TRT-SCR-2003-03780


This acknowledges our receipt of your claim for alleged personal
injury.

The Federal Tort Claims Act affords the government six (6) months
from the date the claim was filed (**July 28, 2003**) to make an
administrative decision in this matter.  A response will be
mailed to you via certified mail on or before January 24, 2004.

If further information is needed to establish your submission as
a claim for relief under the Federal Tort Claims Act, we will
contact you and request the necessary information.

Please advise this office of your release date and release
address if you are going to be released within six months of the
date of this memorandum.

jw

Negligent Medical Procedures
UTMB Galveston
(Itemized List)

1.  No initial medical treatment (Delayed)

2.  Improper basic medical procedures

3.  Improper operation (Additional operation unnessessary)

4.  Medical follow up timing wrong

5.  No medication for sleep

6.  Basic harrassment

7.  Improper room cooling

8.  Improper bedding

9.  Improper showers

10.  Totally ignored by staff when requested any relief

Contexts Page

RECEIVED
CLERK U.S. DISTRICT COURT
OCT - 1 2003
EASTERN DIST. OF TEXAS
BEAUMONT, TEXAS

1.  Contexts Page                                          1

2.  Civil Rights Suit 1983                                 6

3.  Adminstrative Remedy                                  13
    (Page 10 Personal note)

4.  Deposition                                             6

5.  Medical Records                                       21

6.  Personal responce to medical records.                 1
    ( Discharge Summary Page 6 )

7.  SHU Medical Summary (Supporting Pages)                8

8.  Tort Claim                                             1

9.  Poor Boy Pomperous                                     3

10. Comissary Printout                                     2

11. Negligent Medical Procedures                          1
    (Itemized List)

12. ~~Other~~                                              0

                                                          63

                                                  Total Pages